## United States District Court — Violation Notice

**Violation Number:** 4137881
**Officer Name (Print):** Oglesbee
**Officer No.:** 24
**CVB Location Code:** AM1

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 4 Mar 2014 / 0646
**Offense Charged:** 32-5A-171
**Place of Offense:** Lowe Field Rd Ala; Lowe Field
**Offense Description:** Speeding 57 in a 40 mph zone
W/F/FM — w/ Eric Stewart
Lyster

### DEFENDANT INFORMATION
**Last Name:** Oglesby
**First Name:** Tiffany

**Tag No.:** PIL7418
**State:** GA
**Year:** 11
**Make/Model:** Hond/Accord
**Color:** Gray

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$100.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $125.00 Total Collateral Due

**YOUR COURT DATE:** TBD / TBD / TBD

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **4 March**, 20**14** while exercising my duties as a law enforcement officer in the **Middle** District of **Alabama**.

While on patrol on Lowe Field Rd, I observed a vehicle that appeared to be speeding a check on radar confirmed the vehicle speeding 57 in a 40 mph zone. Traffic stop was conducted and the driver was identified as Oglesby, Tiffany. I asked what the hurry was this morning. She stated I was not paying attention and just in the zone to get to work, so totally my fault. I asked where she worked at. She stated the hospital. (Lyster) I stated to her that I clocked her at 57 in a 40. She stated ya as soon as I saw you I knew I was doing wrong. A CVB was issued on scene.

Car #7

Tape C #44

44

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **4 March 2014**

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident